# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 11-2107

_____

Frank Dwight Carter,                         *
                                             *
          Appellant,                         *
                                             *   Appeal from the United States
     v.                                      *   District Court for the
                                             *   Eastern District of Missouri.
Missouri Board of Probation and              *
Parole, State of Missouri, Department        *   [UNPUBLISHED
of Correction; Texas Board of                *
Pardons and Paroles, State of Texas;         *
Laura Birmingham, Parole Officer,            *
State of Missouri; Matt Bochantin,           *
Parole Officer, State of Missouri;           *
Rissi Owens, Texas Board of Pardons          *
and Paroles,                                 *
                                             *
          Appellees.                         *

_____

Submitted: October 14, 2011
Filed: October 18, 2011

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Frank Dwight Carter appeals the district court's[1] order dismissing his 42 U.S.C. § 1983 complaint without prejudice. We conclude dismissal was proper for the reasons the district court stated. Accordingly, the district court's judgment is affirmed. See 8th Cir. R. 47B. We also deny Carter's motion for appointment of appellate counsel.

————————————————

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.